UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE JOY MEYER,

    Plaintiff,

v.

    Case No. 10-cv-12963

    Paul D. Borman
    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Laurie J. Michelson
    United States Magistrate Judge

    Defendants.

_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (1) GRANTING PLAINTIFF'S MOTION TO REMAND, (2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and (3) REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Before the Court is Magistrate Judge Laurie J. Michelson's Report and Recommendation on Cross-Motions for Summary Judgment. (Dkt. No. 17.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Plaintiff Denise Joy Meyer's Motion to Remand, **DENIES** Defendant Commissioner of Social Security's Motion for Summary Judgment, and **REMANDS** this case pursuant to sentence four of 42 U.S.C. § 405(g) for further findings by the Administrative Law Judge regarding his RFC assessment and hypothetical in the face of the examining physicians' work restrictions and medical findings.

IT IS SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 8-8-11